## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER
Presiding in Grand Junction, Colorado

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  March 7, 2016 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Sherrie Blake | |
| Interpreter: | Catherine Bahr | |

Criminal Action No. 15-cr-00375-MSK-GPG

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Peter Hautzinger |
| Plaintiff, | |
| v. | |
| ALEJANDRO CURIEL-GARCIA, | Marna Lake |
| Defendant. | |

## SENTENCING MINUTES
_____

**11:11 a.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on December 1, 2015.  Defendant pled guilty to Count 1 of the Information.**  The Court accepts the Recommendation of the Magistrate Judge to accept defendant's Plea of Guilty (**Doc. #77**).

**ORDER:**     Government's Motion to Dismiss Counts 1-3 of the Indictment (**Doc. #107**) is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #91**) Argument.

Allocution. - Statements made by: The Government, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**   Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #101**) is **GRANTED.**

**ORDER:**   Defendant's Motion for Non-Guideline Sentence (**Doc. #91**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:47 a.m.**   **Court in recess.**

Total Time:   36 minutes.
Hearing concluded.